Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Eddie Marie Lee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Eddie Marie Lee,<br><br>           Plaintiff,<br><br>     vs.<br><br>Merchants Credit Adjusters, Inc.; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:13-cv-09253-ODW-MRW<br><br>**STIPULATION OF DISMISSAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed without prejudice, each party to bear its own attorney fees and costs.

Plaintiff

__/s/ Tammy Hussin_____

TAMMY HUSSIN
Attorney for Plaintiff

Defendant

_/s/ Leslie A. Greathouse_____

LESLIE A. GREATHOUSE
Attorney for Defendant