UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| Eddie Marie Lee,<br><br>    Plaintiff,<br><br>    vs.<br><br>Merchants Credit Adjusters, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-09253-ODW-MRW<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: March 25, 2014          _____

                              Judge: Hon. Otis D. Wright II

2:13-cv-09253-ODW-MRW                              STIPULATION OF DISMISSAL